## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case #: 7:23-cv-03417-KMK |

**David Deutsche**

Plaintiff

vs.

**Equifax Information Services LLC, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

Summons & Complaint and Demand for Jury Trial

| | |
|---|---|
| PARTY SERVED: | **STATE FARM BANK, F.S.B.** |
| PERSON SERVED: | **SALLY OLSEN, LEGAL ASSISTANT** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | 05/08/2023 at 11:25 AM |
| ADDRESS, CITY AND STATE: | 1 STATE FARM PLAZA, BLOOMINGTON, IL 61710 |
| DESCRIPTION: | Race: **Asian**  Sex: **Female**  Age: **55**<br>Height: **5'7"**  Weight: **140**  Hair: **Black**  Glasses: **Yes** |

SUBSCRIBED AND SWORN to before me on the 8th day of May, 2023.

_Joan C Harenberg_
NOTARY PUBLIC

**OFFICIAL SEAL**
**JOAN C HARENBERG**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025

I declare under penalties of perjury that the information contained herein is true and correct.

_Michael S. Morrison_
Michael S. Morrison
Registration No: 117-001119

Judicial Attorney Services, Inc. PO Box 583  Geneva, IL 60134, (630) 221-9007

CLIENT: Reliable Process Services                                      Job #: 525653
FILE #: