**WHITE AND WILLIAMS LLP**
One Gateway Center, Suite 910
Newark, NJ 07102-4200
(201) 368-7200
*Attorneys for Defendant, State Farm Bank, F.S.B.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DEUTSCH,<br><br>            Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC; CAPITAL ONE, N.A.; DISCOVER BANK; AND STATE FARM BANK, F.S.B.,<br><br>            Defendants. | Civil Action No.  7:23-cv-03417-KMK<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

   Kindly enter my appearance as counsel on behalf of Defendant, State Farm Bank, F.S.B., in the matter of <u>David Deutsch v. Equifax Information Services, LLC, TransUnion LLC, Capital One, N.A., Discover Bank, and State Farm Bank, F.S.B.</u>

DATED:  May 26, 2023

WHITE AND WILLIAMS LLP
*Attorneys for Defendant,
State Farm Bank, F.S.B.*

BY: _____
       ROBERT T. PINDULIC

30709643v.1

**CERTIFICATION OF SERVICE**

      I, Robert Pindulic, hereby certify that on this 26th day of May, 2023, my office caused a true and correct copy of my notice of entry of appearance to be served via ECF transmission on all counsel of record.

                                                                                                               Robert Pindulic

30709673v.1