**WHITE AND WILLIAMS LLP**
One Gateway Center, Suite 910
Newark, NJ 07102-4200
(201) 368-7200
*Attorneys for Defendant State Farm Bank, F.S.B.,*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DEUTSCH,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC; CAPITAL ONE, N.A.; DISCOVER BANK; AND STATE FARM BANK, F.S.B.,<br><br>                    Defendants. | Civil Action No. 7:23-cv-03417-KMK<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, please take notice that:

1.     State Farm Bank, F.S.B. was a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company.  State Farm Mutual Automobile Insurance Company has no parent company.  It is a mutual automobile insurance company and as such does not have any shareholders.

DATED:  June 12, 2023

Respectfully submitted,
WHITE AND WILLIAMS LLP
*Attorneys for State Farm,*
*State Farm Bank, F.S.B.*

BY:_____
            ROBERT T. PINDULIC

30769535v.1